# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: GRONKE, GREGORY JOSEPH | § Case No. 16-39089-ABG |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 12, 2016. The undersigned trustee was appointed on December 12, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $       11,750.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 421.76 |
   | Bank service fees | 47.43 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 11,280.81 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/25/2018 and the deadline for filing governmental claims was 06/10/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,925.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,925.00, for a total compensation of $1,925.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/10/2018     By: /s/ILENE F. GOLDSTEIN
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-39089-ABG  
**Case Name:** GRONKE, GREGORY JOSEPH  

**Period Ending:** 10/10/18

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/12/16 (f)  
**§341(a) Meeting Date:** 01/12/17  
**Claims Bar Date:** 04/25/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3000 Finley Rd., Downers Grove, IL 60515 Timesha<br>Imported from original petition Doc# 25  (See Footnote) | 10,000.00 | 4,000.00 | | 0.00 | FA |
| 2 | 1324 Derby Lane, Mundelein, IL 60060 Single-fami<br>Imported from original petition Doc# 25  (See Footnote) | 215,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash<br>Imported from original petition Doc# 25 | 2,500.00 | 1,000.00 | | 0.00 | FA |
| 4 | Cash<br>Imported from Amended Doc#: 29  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account: Baxter Credit Union<br>Imported from Amended Doc#: 29 | 3.00 | 3.00 | | 0.00 | FA |
| 6 | Checking Account: Bank of America<br>Imported from Amended Doc#: 29 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Checking Account: TCF<br>Imported from Amended Doc#: 29 | 840.00 | 340.00 | | 0.00 | FA |
| 8 | Checking Account: Chase<br>Imported from Amended Doc#: 29 | 1,200.00 | 400.00 | | 0.00 | FA |
| 9 | Furniture, linens, small appliances, table & cha<br>Imported from Amended Doc#: 29 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10 | Flat screen TV, computer, printer, cell phone $7<br>Imported from Amended Doc#: 29 | 750.00 | 750.00 | | 0.00 | FA |
| 11 | seceragemc bed massage table belongs to ex wife  (u)<br>Imported from Amended Doc#: 29 | 1,000.00 | 0.00 | | 0.00 | FA |
| 12 | Baseball card collection $150<br>Imported from Amended Doc#: 29 | 150.00 | 150.00 | | 0.00 | FA |
| 13 | Everyday dothes $250  (u)<br>Imported from Amended Doc#: 29 | 250.00 | 250.00 | | 0.00 | FA |
| 14 | Error Costume jewelry, engagement rings,  (u)<br>Imported from Amended Doc#: 29 | 0.00 | 0.00 | | 0.00 | FA |

Printed: 10/10/2018 01:49 PM     V.14.14

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-39089-ABG  
**Case Name:** GRONKE, GREGORY JOSEPH  

**Period Ending:** 10/10/18

**Trustee:**   (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/12/16 (f)  
**§341(a) Meeting Date:** 01/12/17  
**Claims Bar Date:** 04/25/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Ruger pistol, .38 pistol, Ruger .22 pistol, Walt<br>Imported from original petition Doc# 25 | 3,000.00 | 2,000.00 | | 0.00 | FA |
| 16 | Duplicate Ruger pistol, .38 pistol, Ruger .<br>Imported from Amended Doc#: 29 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 401 (k) or similar plan: 401k<br>Imported from Amended Doc#: 29 | 61,245.00 | 0.00 | | 0.00 | FA |
| 18 | error Int. in partnerships or joint ventures  (u)<br>Imported from Amended Doc#: 29 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | errorI $ 0.01  (u)<br>Imported from Amended Doc#: 29 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | error  Claims against third parties  (u)<br>Imported from Amended Doc#: 29 | 10.00 | 10.00 | | 0.00 | FA |
| 21 | Potential class action particpant against Daviso<br>Imported from Amended Doc#: 29 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | 2004 Honda Reflex, 11,000 miles, 2004 Honda Refl<br>Imported from Amended Doc#: 29 | 1,000.00 | 0.00 | | 0.00 | FA |
| 23 | 2004 Toyota Corolla, 115,000 miles, 2004 Toyota<br>Imported from Amended Doc#: 29 | 1,907.00 | 1,907.00 | | 0.00 | FA |
| 24 | 2009 Harley-Davidson Sportster, 3,000 miles, 200<br>Imported from Amended Doc#: 29 | 3,845.00 | 3,845.00 | | 4,505.00 | FA |
| 25 | 2011 Honda Fury, 1,400 miles, 2011 Honda Fury wi<br>Imported from Amended Doc#: 29 | 4,000.00 | 4,000.00 | | 7,245.00 | FA |
| 26 | 1 parakeet. 0<br>Imported from Amended Doc#: 29 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | **Assets**   **Totals** (Excluding unknown values) | **$307,700.00** | **$19,655.00** | | **$11,750.00** | **$0.00** |

RE PROP# 1  Not salable and back fees owed  
RE PROP# 2  Per Zillow  $179,900.00  
RE PROP# 4  This asset imported incorrectly and is an error  

---

**Major Activities Affecting Case Closing:**

Exhibit A

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-39089-ABG  **Trustee:** (330290) ILENE F. GOLDSTEIN
**Case Name:** GRONKE, GREGORY JOSEPH  **Filed (f) or Converted (c):** 12/12/16 (f)
  **§341(a) Meeting Date:** 01/12/17
**Period Ending:** 10/10/18  **Claims Bar Date:** 04/25/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

STATUS: JANUARY 2018  The trustee has negotiated a settlement on numerous vehicles and personal property. Effectuated through amendment to schedulesa and exemptions .The auctioneer has recovered the vehicles and the Trustee will file a sale motion once an auction date is set

Motion to hire auctioneer 02/22/18

Motion to Auction 03/17/18

**Initial Projected Date Of Final Report (TFR):**  September 30, 2018  **Current Projected Date Of Final Report (TFR):**  September 30, 2018

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 16-39089-ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | GRONKE, GREGORY JOSEPH | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5866 - Checking Account |
| Taxpayer ID #: | **-***7042 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/10/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/05/18 | {25} | American Auction/Joseph Bender | Sale of personal property | 1129-000 | 7,975.00 | | 7,975.00 |
| 06/05/18 | {24} | American Auction/ Joseph Bender | Sale of personal property | 1129-000 | 4,950.00 | | 12,925.00 |
| 06/05/18 | {24} | American Auction/ Joseph Bender | Reversed Deposit 100002 1 Sale of personal property | 1129-000 | -4,950.00 | | 7,975.00 |
| 06/05/18 | {25} | American Auction/Joseph Bender | Reversed Deposit 100001 1 Sale of personal property | 1129-000 | -7,975.00 | | 0.00 |
| 06/06/18 | | American Auction/ Joseph Bender | Sale of personal property | | 11,750.00 | | 11,750.00 |
| | {25} | | Sale of personal property 7,245.00 | 1129-000 | | | 11,750.00 |
| | {24} | | Sale of personal property 4,505.00 | 1129-000 | | | 11,750.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.95 | 11,737.05 |
| 07/07/18 | 101 | AMERICAN AUCTION ASSOC. INC. | Auctioneer Expense | 3620-000 | | 421.76 | 11,315.29 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.70 | 11,297.59 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.78 | 11,280.81 |
| | | | ACCOUNT TOTALS | | 11,750.00 | 469.19 | $11,280.81 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 11,750.00 | 469.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $11,750.00 | $469.19 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******5866 | 11,750.00 | 469.19 | 11,280.81 |
| | $11,750.00 | $469.19 | $11,280.81 |

{} Asset reference(s)

Printed: 10/10/2018 01:49 PM  V.14.14

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 25, 2018

**Case Number:** 16-39089-ABG
**Debtor Name:** GRONKE, GREGORY JOSEPH

Page: 1

**Date:** October 10, 2018
**Time:** 01:50:03 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $1,925.00 | $0.00 | 1,925.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $3,395.00 | $0.00 | 3,395.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $73.41 | $0.00 | 73.41 |
| 1<br>610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details1-101/29/2018Claim #1 filed by Discover Bank, Amount claimed: $10471.31 (Dingus, Mandy )<br>--------------------------------------------------------------------------\* \* \* | $10,471.31 | $0.00 | 10,471.31 |
| **<< Totals >>** | | | | 15,864.72 | 0.00 | 15,864.72 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                     Exhibit D

Case No.: 16-39089-ABG
Case Name: GRONKE, GREGORY JOSEPH
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**            $        11,280.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $            0.00
Remaining balance:                        $       11,280.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,925.00 | 0.00 | 1,925.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3,395.00 | 0.00 | 3,395.00 |
| Accountant for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 73.41 | 0.00 | 73.41 |

Total to be paid for chapter 7 administration expenses:   $       5,393.41
Remaining balance:                                        $       5,887.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $           0.00
Remaining balance:                                            $       5,887.40

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---:|
| | Remaining balance: | $ | 5,887.40 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,471.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | 10,471.31 | 0.00 | 5,887.40 |

| | Total to be paid for timely general unsecured claims: | $ | 5,887.40 |
|---|---|---|---:|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---:|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

    Total to be paid for subordinated claims: **$**     0.00
    Remaining balance: **$**     0.00

**UST Form 101-7-TFR (05/1/2011)**