# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: GRONKE, GREGORY JOSEPH           § Case No. 16-39089
                                        §
                                        §
                                        §
Debtor(s)                               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $299,855.00<br>*(without deducting any secured claims)* | Assets Exempt: $97,445.00 |
| Total Distribution to Claimants: $5,887.40 | Claims Discharged<br>Without Payment: $4,583.91 |
| Total Expenses of Administration: $5,862.60 | |

    3) Total gross receipts of $ 11,750.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,750.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,862.60 | 5,862.60 | 5,862.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 10,471.31 | 10,471.31 | 5,887.40 |
| **TOTAL DISBURSEMENTS** | $0.00 | $16,333.91 | $16,333.91 | $11,750.00 |

4) This case was originally filed under Chapter 7 on December 12, 2016. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/30/2018           By: /s/ILENE F. GOLDSTEIN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Hariey-Davidson Sportster, 3,000 miles, 200 | 1129-000 | 4,505.00 |
| 2011 Honda Fury, 1,400 miles, 2011 Honda Fury wi | 1129-000 | 7,245.00 |
| **TOTAL GROSS RECEIPTS** | | **$11,750.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,925.00 | 1,925.00 | 1,925.00 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 3,395.00 | 3,395.00 | 3,395.00 |
| Accountant for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3320-000 | N/A | 73.41 | 73.41 | 73.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.95 | 12.95 | 12.95 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Auctioneer for Trustee Expenses - AMERICAN AUCTION ASSOC. INC. | 3620-000 | N/A | 421.76 | 421.76 | 421.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.70 | 17.70 | 17.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.78 | 16.78 | 16.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,862.60 | $5,862.60 | $5,862.60 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 10,471.31 | 10,471.31 | 5,887.40 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $10,471.31 | $10,471.31 | $5,887.40 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-39089  
**Case Name:** GRONKE, GREGORY JOSEPH  

**Period Ending:** 11/30/18

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/12/16 (f)  
**§341(a) Meeting Date:** 01/12/17  
**Claims Bar Date:** 04/25/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3000 Finley Rd., Downers Grove, IL 60515 Timesha<br>Imported from original petition Doc# 25 (See Footnote) | 10,000.00 | 4,000.00 | | 0.00 | FA |
| 2 | 1324 Derby Lane, Mundelein, IL 60060 Single-fami<br>Imported from original petition Doc# 25 (See Footnote) | 215,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash<br>Imported from original petition Doc# 25 | 2,500.00 | 1,000.00 | | 0.00 | FA |
| 4 | Cash<br>Imported from Amended Doc#: 29 (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account: Baxter Credit Union<br>Imported from Amended Doc#: 29 | 3.00 | 3.00 | | 0.00 | FA |
| 6 | Checking Account: Bank of America<br>Imported from Amended Doc#: 29 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Checking Account: TCF<br>Imported from Amended Doc#: 29 | 840.00 | 340.00 | | 0.00 | FA |
| 8 | Checking Account: Chase<br>Imported from Amended Doc#: 29 | 1,200.00 | 400.00 | | 0.00 | FA |
| 9 | Furniture, linens, small appliances, table & cha<br>Imported from Amended Doc#: 29 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10 | Flat screen TV, computer, printer, cell phone $7<br>Imported from Amended Doc#: 29 | 750.00 | 750.00 | | 0.00 | FA |
| 11 | seceragemc bed massage table belongs to ex wife (u)<br>Imported from Amended Doc#: 29 | 1,000.00 | 0.00 | | 0.00 | FA |
| 12 | Baseball card collection $150<br>Imported from Amended Doc#: 29 | 150.00 | 150.00 | | 0.00 | FA |
| 13 | Everyday dothes $250 (u)<br>Imported from Amended Doc#: 29 | 250.00 | 250.00 | | 0.00 | FA |
| 14 | Error Costume jewelry, engagement rings, (u)<br>Imported from Amended Doc#: 29 | 0.00 | 0.00 | | 0.00 | FA |

Printed: 11/30/2018 04:23 PM V.14.14

Case 16-39089  Doc 50  Filed 12/12/18  Entered 12/12/18 11:50:03  Desc Main
Document      Page 6 of 9

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-39089  
**Case Name:** GRONKE, GREGORY JOSEPH

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/12/16 (f)  
**§341(a) Meeting Date:** 01/12/17

**Period Ending:** 11/30/18  
**Claims Bar Date:** 04/25/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Ruger pistol, .38 pistol, Ruger .22 pistol, Walt<br>Imported from original petition Doc# 25 | 3,000.00 | 2,000.00 | | 0.00 | FA |
| 16 | Duplicate Ruger pistol, .38 pistol, Ruger .<br>Imported from Amended Doc#: 29 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 401 (k) or similar plan: 401k<br>Imported from Amended Doc#: 29 | 61,245.00 | 0.00 | | 0.00 | FA |
| 18 | error Int. in partnerships or joint ventures (u)<br>Imported from Amended Doc#: 29 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | errorI $ 0.01 (u)<br>Imported from Amended Doc#: 29 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | error Claims against third parties (u)<br>Imported from Amended Doc#: 29 | 10.00 | 10.00 | | 0.00 | FA |
| 21 | Potential class action particpant against Daviso<br>Imported from Amended Doc#: 29 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | 2004 Honda Reflex, 11,000 miles, 2004 Honda Refl<br>Imported from Amended Doc#: 29 | 1,000.00 | 0.00 | | 0.00 | FA |
| 23 | 2004 Toyota Corolla, 115,000 miles, 2004 Toyota<br>Imported from Amended Doc#: 29 | 1,907.00 | 1,907.00 | | 0.00 | FA |
| 24 | 2009 Harley-Davidson Sportster, 3,000 miles, 200<br>Imported from Amended Doc#: 29 | 3,845.00 | 3,845.00 | | 4,505.00 | FA |
| 25 | 2011 Honda Fury, 1,400 miles, 2011 Honda Fury wi<br>Imported from Amended Doc#: 29 | 4,000.00 | 4,000.00 | | 7,245.00 | FA |
| 26 | 1 parakeet. 0<br>Imported from Amended Doc#: 29 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | **Assets Totals** (Excluding unknown values) | **$307,700.00** | **$19,655.00** | | **$11,750.00** | **$0.00** |

RE PROP# 1      Not salable and back fees owed  
RE PROP# 2      Per Zillow $179,900.00  
RE PROP# 4      This asset imported incorrectly and is an error

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 16-39089  **Trustee:** (330290)  ILENE F. GOLDSTEIN
**Case Name:** GRONKE, GREGORY JOSEPH  **Filed (f) or Converted (c):** 12/12/16 (f)
 **§341(a) Meeting Date:** 01/12/17
**Period Ending:** 11/30/18  **Claims Bar Date:** 04/25/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

STATUS: JANUARY 2018  The trustee has negotiated a settlement on numerous vehicles and personal property. Effectuated through amendment to schedulesa and exemptions .The auctioneer has recovered the vehicles and the Trustee will file a sale motion once an auction date is set

Motion to hire auctioneer 02/22/18

Motion to Auction 03/17/18

**Initial Projected Date Of Final Report (TFR):**   September 30, 2018   **Current Projected Date Of Final Report (TFR):**   September 30, 2018

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-39089  
**Case Name:** GRONKE, GREGORY JOSEPH  
**Taxpayer ID #:** **-***7042  
**Period Ending:** 11/30/18  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/18 | {25} | American Auction/Joseph Bender | Sale of personal property | 1129-000 | 7,975.00 | | 7,975.00 |
| 06/05/18 | {24} | American Auction/ Joseph Bender | Sale of personal property | 1129-000 | 4,950.00 | | 12,925.00 |
| 06/05/18 | {24} | American Auction/ Joseph Bender | Reversed Deposit 100002 1 Sale of personal property | 1129-000 | -4,950.00 | | 7,975.00 |
| 06/05/18 | {25} | American Auction/Joseph Bender | Reversed Deposit 100001 1 Sale of personal property | 1129-000 | -7,975.00 | | 0.00 |
| 06/06/18 | | American Auction/ Joseph Bender | Sale of personal property | | 11,750.00 | | 11,750.00 |
| | {25} | | Sale of personal property    7,245.00 | 1129-000 | | | 11,750.00 |
| | {24} | | Sale of personal property    4,505.00 | 1129-000 | | | 11,750.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.95 | 11,737.05 |
| 07/07/18 | 101 | AMERICAN AUCTION ASSOC. INC. | Auctioneer Expense | 3620-000 | | 421.76 | 11,315.29 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.70 | 11,297.59 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.78 | 11,280.81 |
| 11/20/18 | 102 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,925.00, Trustee Compensation; Reference: | 2100-000 | | 1,925.00 | 9,355.81 |
| 11/20/18 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $3,395.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,395.00 | 5,960.81 |
| 11/20/18 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $73.41, Accountant for Trustee Expenses (Trustee Firm); Reference: | 3320-000 | | 73.41 | 5,887.40 |
| 11/20/18 | 105 | Discover Bank | Dividend paid 56.22% on $10,471.31; Claim# 1; Filed: $10,471.31; Reference: | 7100-000 | | 5,887.40 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,750.00 | 11,750.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 11,750.00 | 11,750.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,750.00** | **$11,750.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 16-39089 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| **Case Name:** | GRONKE, GREGORY JOSEPH | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******5866 - Checking Account |
| **Taxpayer ID #:** | **-***7042 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 11/30/18 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5866** | 11,750.00 | 11,750.00 | 0.00 |
| | $11,750.00 | $11,750.00 | $0.00 |

{} Asset reference(s)

Printed: 11/30/2018 04:23 PM    V.14.14